# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MANDY MICHELLE DEROSA | : No. 612 MAL 2022 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| WILLIAM JOSEPH GORDON AND KERRON REGIS, | : |
| | : |
| Intervenor | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: WILLIAM JOSEPH GORDON | : |
| | : |
| MANDY MICHELLE DEROSA | : No. 613 MAL 2022 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| WILLIAM JOSEPH GORDON AND KERRON REGIS, | : |
| | : |
| Intervenor | : |
| | : |
| | : |
| | : |
| PETITION OF: WILLIAM JOSEPH GORDON | : |
| | : |
| KERRON REGIS | : No. 614 MAL 2022 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| MANDY MICHELLE DEROSA AND WILLIAM JOSEPH GORDON | : |

PETITION OF: WILLIAM JOSEPH GORDON : :

KERRON REGIS : No. 615 MAL 2022

v. : Petition for Allowance of Appeal from the Order of the Superior Court

MANDY MICHELLE DEROSA AND WILLIAM JOSEPH GORDON :

PETITION OF: WILLIAM JOSEPH GORDON :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.